UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON WAYNE NETTLES,

                Plaintiff,

-against-

US DIST. JUDGE TREVOR N. MCFADDEN;
CHRISTOPHER R. COOPER,

                Defendants.

24 CIVIL 7078 (LTS)

**CIVIL JUDGMENT**

    For the reasons stated in the Order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 19, 2024
           New York, New York

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                   Chief United States District Judge